Slip Op. 09-76
## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |  |
|---|---|---|---|
| ARCHER DANIELS MIDLAND COMPANY, | : : : : | | |
| Plaintiff, | : : | Before: Court No.: | WALLACH, Judge 05-00592 |
| v. | : : | | |
| UNITED STATES, | : : | | |
| Defendant. | : : | | |

### ORDER AND JUDGMENT

In accordance with the opinion of the United States Court of Appeals for the Federal Circuit in <u>Archer Daniels Midland Co. v. United States</u>, 561 F.3d 1308 (Fed. Cir. 2009), it is hereby

ORDERED, ADJUDGED and DECREED that the imported item at issue in this case is properly classified under Heading 3825, Subheading 3825.90 of the Harmonized Tariff Schedule of the United States (2002); and it is further

ORDERED, ADJUDGED and DECREED that a final summary judgment be, and hereby is, entered in favor of Plaintiff and against Defendant.


                                               _/s/ Evan J. Wallach_____
                                               Evan J. Wallach, Judge

Dated: July 22, 2009
       New York, New York

## NOTICE OF ENTRY AND SERVICE

    This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

    Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

                       or

    Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble  
Clerk of the Court

Date: July 22, 2009      By: /s/ Steve Taronji  
                                               Deputy Clerk